"Did the Appellate Court properly affirm the trial court's exclusion of the recall provision in the plaintiff's employment contract as irrelevant?"

NORCOTT, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18893.

*Max F. Brunswick*, in support of the petition.

*Warren L. Holcomb*, in opposition.

Decided December 1, 2011

---

AVALONBAY COMMUNITIES, INC. *v.* INLAND WETLANDS AND WATERCOURSES AGENCY OF THE TOWN OF STRATFORD

The defendant's petition for certification for appeal from the Appellate Court, 130 Conn. App. 69 (AC 31937), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Brian M. Stone*, in support of the petition.

*Timothy S. Hollister* and *Gian-Matthew Ranelli*, in opposition.

Decided December 1, 2011

AVALONBAY COMMUNITIES, INC. *v.* INLAND WETLANDS AND WATERCOURSES AGENCY OF THE TOWN OF STRATFORD

The petition by the defendant Stratford town council for certification for appeal from the Appellate Court, 130 Conn. App. 69 (AC 31937), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Kevin C. Kelly* and *David W. Colwick*, in support of the petition.

*Timothy S. Hollister* and *Gian-Matthew Ranelli*, in opposition.

Decided December 1, 2011

AVALONBAY COMMUNITIES, INC. *v.* ZONING COMMISSION OF THE TOWN OF STRATFORD ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 130 Conn. App. 36 (AC 31982/AC 31983), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Timothy D. Bates, Joel C. Norwood* and *Lauren M. Vinokur*, in support of the petition.

*Timothy S. Hollister* and *Gian-Matthew Ranelli*, in opposition.

Decided December 1, 2011

AVALONBAY COMMUNITIES, INC. *v.* ZONING COMMISSION OF THE TOWN OF STRATFORD ET AL.

The petition by the defendant Stratford town council for certification for appeal from the Appellate Court, 130 Conn. App. 36 (AC 31982/AC 31983), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.